199 So.2d 912

**MONOCHEM, INC., et al.**

v.

**EAST ASCENSION TELEPHONE COMPANY.**

No. 48673.

June 5, 1967.

In re: East Ascension Telephone Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Ascension. 195 So.2d 748.

The application is denied. The judgment complained of is correct.

■

199 So.2d 912

**CAPITAL LOANS, INC.**

v.

**Victor B. STASSI.**

No. 48677.

June 5, 1967.

In re: Victor B. Stassi applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 195 So.2d 670.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

SANDERS, J., is of the opinion a writ should be granted. In his opinion the delay for applying for a new trial ran from September 8, 1965, the date the first judgment was signed, since that judgment was never annulled or set aside. Hence, the motion for a new trial filed on September 28, 1965, was untimely. LSA–C.C.P. Art. 1974.